```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 16133
    ROBERT A DONILE
    ROSEMARY DONILE                          CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

          Debtor
    SSN XXX-XX-0109     SSN XXX-XX-6027

-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
      The case was filed on 09/05/2007 and was confirmed 10/24/2007.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  65.00%.

      The case was dismissed after confirmation 04/09/2008.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS             CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                              PAID          PAID
-------------------------------------------------------------------------------
CHARTER ONE                CURRENT MORTG          .00            .00            .00
US BANK                    SECURED VEHIC      2680.22          87.68         332.81
INTERNAL REVENUE SERVICE   PRIORITY          8699.91            .00         2584.49
INTERNAL REVENUE SERVICE   PRIORITY         NOT FILED           .00            .00
ACADEMY COLLECTION SERVI   NOTICE ONLY      NOT FILED           .00            .00
ACADEMY COLLECTION SERVI   NOTICE ONLY      NOT FILED           .00            .00
ALLIED INTERSTATE          UNSECURED        NOT FILED           .00            .00
AMERICAN BONDED ATTORNEY   NOTICE ONLY      NOT FILED           .00            .00
AMERICAN EXPRESS TRAVEL    UNSECURED         45711.76           .00            .00
AMERICAN EXPRESS BANK      UNSECURED          1951.05           .00            .00
ASSOCIATED RECOVERY SYST   NOTICE ONLY      NOT FILED           .00            .00
ECAST SETTLEMENT CORP      UNSECURED         19980.36           .00            .00
CAPITAL MANAGEMENT SERVI   NOTICE ONLY      NOT FILED           .00            .00
PORTFOLIO RECOVERY ASSOC   UNSECURED          2988.30           .00            .00
B-REAL LLC                 UNSECURED          8622.52           .00            .00
CHASE BANK USA NA          UNSECURED         12422.56           .00            .00
RESURGENT CAPITAL SERVIC   UNSECURED         18479.63           .00            .00
DISCOVER FINANCIAL SERVI   UNSECURED         15327.39           .00            .00
ECAST SETTLEMENT CORP      UNSECURED          1123.72           .00            .00
ECAST SETTLEMENT CORP      UNSECURED          1492.11           .00            .00
GE CONSUMER FINANCE        UNSECURED           510.48           .00            .00
ECAST SETTLEMENT CORP      UNSECURED           472.86           .00            .00
CHASE BANK USA NA          UNSECURED           757.22           .00            .00
NCO FIN/99                 NOTICE ONLY      NOT FILED           .00            .00
PENTAGROUP FINANCIAL LLC   UNSECURED        NOT FILED           .00            .00
PROGRESSIVE MANAGEMENT S   NOTICE ONLY      NOT FILED           .00            .00
Q CARD                     UNSECURED        NOT FILED           .00            .00
ECAST SETTLEMENT CORP      UNSECURED          2064.38           .00            .00
SAMS CLUB                  UNSECURED           912.84           .00            .00
PORTFOLIO RECOVERY ASSOC   UNSECURED          9477.82           .00            .00
SUPERIOR AIR GROUND AMB    UNSECURED        NOT FILED           .00            .00
THE CHAET KAPLAN BAIM FI   NOTICE ONLY      NOT FILED           .00            .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 16133 ROBERT A DONILE & ROSEMARY DONILE
```

```
UNITED RECOVERY SERVICE    NOTICE ONLY    NOT FILED                .00              .00
WOLPOFF & ABRAMSON LLP     NOTICE ONLY    NOT FILED                .00              .00
YORK INTERNATIONAL CORP    NOTICE ONLY    NOT FILED                .00              .00
CHARTER ONE                SECURED NOT I      50.35                .00              .00
INTERNAL REVENUE SERVICE   UNSECURED        2588.75                .00              .00
PORTFOLIO RECOVERY ASSOC   UNSECURED       14260.60                .00              .00
DAVID CHANG                DEBTOR ATTY     2,735.00                            2,735.00
TOM VAUGHN                 TRUSTEE                                               410.02
DEBTOR REFUND              REFUND                                                    .00

     Summary of Receipts and Disbursements:
-----------------------------------------------------------------------------
                   RECEIPTS              DISBURSEMENTS
-----------------------------------------------------------------------------
TRUSTEE            6,150.00

PRIORITY                                      2,584.49
SECURED                                         332.81
   INTEREST                                      87.68
UNSECURED                                          .00
ADMINISTRATIVE                                2,735.00
TRUSTEE COMPENSATION                            410.02
DEBTOR REFUND                                      .00
                   ---------------        ---------------
TOTALS             6,150.00                   6,150.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 07/24/08                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE